**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01658-REB

MELISSA A. ZAGORIANAKOS

    Plaintiff

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security

    Defendant

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the **Order Affirming Commissioner** [#19] of Judge Robert E. Blackburn entered on March 3, 2015 it is

    ORDERED that the decision of Commissioner of Social Security is affirmed and, accordingly, final judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner of Social Security and against Melissa A. Zagorianakos . It is further

    ORDERED that Defendant Carolyn W. Colvin, Acting Commissioner of Social Security shall recover costs from Plaintiff  Melissa A. Zagorianakos.

    Dated at Denver, Colorado this 3rd day of March, 2015.

                                            FOR THE COURT:
                                            JEFFREY P. COLWELL, CLERK

By:  s/   A. Lowe
          _____
          A. Lowe
          Deputy Clerk